J. Michael Keyes (#262281)
keyes.mike@dorsey.com
Stefan Szpajda (#282322)
szpajda.stefan@dorsey.com
Wonji Kerper (#335812)
kerper.wonji@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

*Attorneys for Tee Turtle, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TEE TURTLE, LLC, a Missouri limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ANHUI LEADERSHOW HOUSEHOLD INDUSTRIAL CO., LTD., et al.,<br><br>Defendants. | CASE NO. 2:21-CV-04703-CBM(Ex)<br><br>**(1) TEMPORARY RESTRAINING ORDER AND (2) ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>[NOTE CHANGES MADE BY THE COURT] |

Consistent with the Court's Order re Plaintiff Tee Turtle, LLC's ("Plaintiff's" or "Tee Turtle's") Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue, the Court orders as follows:

**I.    Temporary Restraining Order**

**A.**    IT IS HEREBY ORDERED, that Defendants ANHUI LEADERSHOW HOUSEHOLD INDUSTRIAL CO., LTD.; ANHUI RON.VE.XIN INTERNATIONAL TRADE CO., LTD.; ANHUI ZILIN INFORMATION TECHNOLOGY CO., LTD.; ATAYA CO., LTD.; BADOUYU INTELLIGENT IOT TECHNOLOGY (SUZHOU) CO., LTD.; BAODING BAIGOU NEW TOWN BLUQI PLUSH TOY FACTORY; BAODING BAIGOU XINCHENG LERONG XIAOWO PLUSH TOY FACTORY; BAODING CHENXIA TRADING CO., LTD.; BAODING JIA OU TRADING CO., LTD.; BAODING ZIZHE TRADING CO., LTD.; CHANGSHA SVG ELECTRONIC CO., LTD.; CHAOZHOU FEILISI HOUSEHOLD PRODUCTS CO., LTD.; DONGGUAN CHCC TECH CO., LTD.; DONGGUAN CITY QIANDING HARDWARE PRODUCTS CO., LTD.; DONGGUAN FENGLIN INDUSTRY CO., LTD.; DONGGUAN HUA WANG INDUSTRIAL CO., LTD.; DONGGUAN I AM FLYING INDUSTRY CO., LTD.; DONGGUAN JOY SUM TOYS MANUFACTURING CO., LTD.; DONGGUAN KINGDOM OF CRAFTS CO., LTD.; DONGGUAN LEIYUE TRADING CO., LTD.; DONGGUAN LEXIN TOYS CORPORATION LIMITED; DONGGUAN MAITREYA TOYS GARMENT CO., LTD.; DONGGUAN MISAIL TOY CO., LTD.; DONGGUAN QIDE QUWAN TRADE CO., LTD.; DONGGUAN QUNYI TECHNOLOGY CO., LTD.; DONGGUAN SHENGDAO SILICONE RUBBER PRODUCTS CO., LTD.; DONGGUAN TONGMA LALA E-COMMERCE CO., LTD.; DONGGUAN U-MY GARMENT CO., LTD.; DONGGUAN XINSHENG TOYS CO., LTD.; DONGGUAN YOURUN TOYS LTD.; DONGGUAN ZHISEN TOYS CO., LTD.;

DONGGUAN ZUIJIA TOYS & GIFTS CO., LTD.; DONGGUANG GOLDEN BEAR TOYS CO., LTD.; DONGYANG CHENCHEN JEWELRY FACTORY; EASY GO TOY CO., LTD.; FUJIAN HAPPY CORNER CULTURAL DEVELOPMENT CO., LTD.; FUJIAN YIRABBIT OUTDOOR DEPOT CO; FUZHOU DIPAIS TRADING CO., LTD.; GUANGDONG HAYIDAI TOYS CO., LTD.; GUANGZHOU BEIYANG TRADING CO., LTD.; GUANGZHOU CHUMU BIOLOGICAL TECHNOLOGY CO., LTD.; GUANGZHOU LINK BRAND TEXTILE CO., LTD.; GUANGZHOU LINKE INTERNATIONAL TRADE CO., LTD.; GUANGZHOU LITTLE TALENT TOYS CO., LTD.; GUANGZHOU ORCHARD AROMATHERAPY & SKINCARE CO., LTD.; GUANGZHOU XINLI NETWORK TECHNOLOGY CO., LTD.; HAINING HALONG INDUSTRY CO., LTD.; HANGZHOU AGREAT IMPORT & EXPORT CO., LTD.; HANGZHOU INITI IMP&EXP CO., LTD.; HANGZHOU JOYWAY TRADING CO., LTD.; HEBEI HUDELI TOY MANUFACTURING CO. LTD; HENAN DIRIVER TRADING CO., LTD.; HENAN RAINCOMING IMPORT AND EXPORT TRADING CO., LTD.; HENAN URCHOICE ELECTRONICS TECHNOLOGY CO., LTD.; HENAN YINGHUOZHIGUANG CULTURE MEDIA CO., LTD.; HUIZHOU BETOP OPTO TECHNOLOGY CO., LIMITED; JENEEY INTERNATIONAL TRADE CO., LTD.; JIANGSU HAPPY TEXTILE CO., LTD.; JIANGSU HOLLY EVERLASTING INC.; JIANGSU KANGYU ARTS & CRAFTS CO., LTD.; JIATIANXIA TECHNOLOGY (SHENZHEN) CO., LTD.; JILIN PROVINCE LEWEI TRADE CO., LTD.; JINHUA DARREN TRADING CO., LTD.; JINHUA HAIRONG IMPORT AND EXPORT CO., LTD.; JINHUA SIPEIYI IMPORT & EXPORT CO., LTD.; JINHUA ZHONGTENG STATIONERY & SPORTING CO., LTD.; JINJIANG DEEK PLASTIC PRODUCTS CO., LIMITED; JINJIANG NAIKE GIFTS CO., LTD.; LONG WAY WOODEN TOYS & CRAFTS CO., LTD.; LONGYAN BEIDIEN E-COMMERCE CO., LTD.; LUJIANG YUNZE E-COMMERCE CO.,

LTD; MARKET UNION CO., LTD.; NANCHANG KEDA STATIONERY GIFTS INDUSTRIAL CO., LTD; NANJING DUOMIANTI IMP. & EXP. CO., LTD.; NANJING LEMON INTERNATIONAL TRADING CO., LTD.; NANJING UNICO INTERNATIONAL TRADE CO., LTD.; NANNING HUAHANG YIGOU E-COMMERCE CO., LTD.; NANTONG OPERA IMP. & EXP. CO., LTD.; NINGBO BEEJAY TRADING CO., LTD.; NINGBO BEILUN HAPPYFOAM CRAFT CO., LTD.; NINGBO CREATIVE IMPORT & EXPORT CO., LTD.; NINGBO FANWEI CRAFTS CO., LTD.; NINGBO PINBO PLASTIC MANUFACTORY CO., LTD.; NINGBO SHINEGIFTS IMPORT & EXPORT CO., LTD.; NINGBO UNION VISION IMP & EXP CO., LTD.; NINGBO YOUKI UNITE IMP& EXP CO., LTD.; PANAN LUOLAN ARTS & CRAFTS CO., LTD.; QINGDAO AODING INDUSTRY AND TRADE CO., LTD; QINGDAO BLUEHILL CO., LTD.; QINGDAO HONGWUYUE INDUSTRY AND TRADE CO., LTD.; QUANZHOU CHENGLUAN TRADING CO., LTD; RONGCHENG AIXUE TRADING CO., LTD.; RONGCHENG COUNTY YITIAN TRADING CO., LTD.; RONGCHENG KULOMI TRADING CO., LTD.; SHANDONG KIDS KEEN TOYS CO., LTD.; SHANDONG PEACH TOWN TOYS & GIFTS CO., LTD.; SHANGHAI KEDI TOYS CO., LTD.; SHANGHAI QIANJIU TRADING CO., LTD.; SHANGHAI WEIWO INTERNATIONAL TRADE CO., LTD.; SHANGHAI XIYUAN IMP. & EXP. CO., LTD.; SHANGHAI ZHANHUA AMUSEMENT EQUIPMENT CO., LTD.; SHANTOU CHENGHAI QILE TRADE CO., LTD.; SHANTOU CHENGHAI WEIFANG TOYS FACTORY; SHANTOU CHENGHAI XTH TOYS CO., LTD.; SHANTOU HONGTIAN ENVIRONMENTAL PROTECTION TECHNOLOGY CO., LTD.; SHANTOU HUANYING INTELLIGENT TECHNOLOGY CO., LTD.; SHANTOU MILI TECHNOLOGY CO., LTD.; SHENZHEN HEAVEN TECHNOLOGY CO., LTD.; SHENZHEN HECHUN TECHNOLOGY CO., LTD.; SHENZHEN HUASHUNCHANG TOYS CO., LTD.; SHENZHEN JIAOYANG INDUSTRIAL

CO., LTD.; SHENZHEN JIAQI TECHNOLOGY CO., LTD.; SHENZHEN JIRU DEVELOPMENT CO., LTD.; SHENZHEN JUZI TECHNOLOGY CO., LTD.; SHENZHEN LAPUTA TECHNOLOGY CO., LIMITED; SHENZHEN LEMAX TRADING CO., LTD.; SHENZHEN MIXIER TRADE CO., LTD.; SHENZHEN MUREN TECHNOLOGY CO., LTD.; SHENZHEN QUN SHANG TECHNOLODY CO., LTD.; SHENZHEN RICHGRAND ELECTRONIC CO., LTD.; SHENZHEN SHAOBO TECHNOLOGY CO., LTD.; SHENZHEN SHOUSHI TECHNOLOGY CO., LTD.; SHENZHEN SHUANGYING INTERNATIONAL TRADING CO., LTD.; SHENZHEN SUNNDA INDUSTRY LIMITED; SHENZHEN TOPHY TECHNOLOGY CO., LIMITED; SHENZHEN WEIFENGDA CRAFT GIFT CO., LTD.; SHENZHEN XI XI HA HA MAOYE TECHNOLOGY CO., LTD.; SHENZHEN XIANGXING WEIYE INDUSTRY AND TRADE CO., LTD.; SHENZHEN XINGANGDI TECHNOLOGY CO., LTD.; SHENZHEN XINYUETANG TOYS GIFT CO., LTD.; SHENZHEN X-WORLD TECHNOLOGY CO., LTD.; SHENZHEN YIYIXING ZIPPER MANUFACTURE CO., LTD.; SHENZHEN YUCAI TOYS INDUSTRIES CO., LTD.; SHENZHEN ZONE HUANYU INDUSTRIAL CO., LTD.; SHENZHEN ZS TONDA TECHNOLOGY CO., LTD.; SHIJIAZHUANG XINGYUE NETWORK TECHNOLOGY CO., LTD.; SICHUAN QIZHOUHUI NETWORK TECHNOLOGY CO., LTD.; SKYLARK NETWORK CO., LTD.; SOURCE WELL CO., LTD.; SUZHOU ANGEL CHILDREN ARTICLES TECHNOLOGY CO., LTD.; SUZHOU BLOSSOM GROUP; SUZHOU GIVEBEST IMPORT & EXPORT CO., LTD.; SUZHOU SHENGBEI ELECTRONIC TECHNOLOGY CO., LTD.; TAIZHOU WOTONG INTERNATIONAL TRADING CO., LTD.; TIANCHANG CHENYANG TOYS CO., LTD.; TIMELY TEXTILE COMPANY LIMITED; TONGXIANG MAY FASHION CO., LTD.; VINAWOCO INTERNATIONAL COMPANY LIMITED; WEIHAI CHENGYU ELECTRONIC COMMERCE CO., LTD.; WEIHAI ZHUHONG TRADING CO., LTD.;

WENZHOU SENLI TRADING CO., LTD.; XIAMEN BEILIXING TRADING CO., LTD.; XIAMEN GLORYSTAR IMPORT AND EXPORT CO., LTD.; XIAMEN KANGLAIDI IMPORT & EXPORT CO., LTD.; XIAMEN MINE TRADING CO., LTD.; XIAMEN XIANGBINLI TRADE CO., LTD.; XUZHOU GAOPENG TOYS CO., LTD.; YANGZHOU BANGNING CRAFT CO., LTD.; YANGZHOU BEST ENERGY TECHNOLOGY CO., LTD.; YANGZHOU BLUBLU TOYS CO., LTD.; YANGZHOU BOBA TOYS & GIFTS CO., LTD.; YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD.; YANGZHOU CREATIVE TOYS AND GIFTS CO., LTD.; YANGZHOU DULALA CRAFTS LTD.; YANGZHOU GUAN YUE HOUSEWARE CO., LTD.; YANGZHOU HOBBY IMPORT & EXPORT CO., LTD.; YANGZHOU HOME KA CRAFTS LTD.; YANGZHOU HUINI IMP. & EXP. CORP., LTD.; YANGZHOU JINMEI TEXTILE CO., LTD.; YANGZHOU LESHANG TOYS CO., LTD.; YANGZHOU LSD ELECTRONIC CO., LTD.; YANGZHOU MARISA TOY GIFTS CO., LTD.; YANGZHOU MEIXUAN TOYS AND GIFTS CO., LTD.; YANGZHOU MERRY PLUSH TOYS CO., LTD.; YANGZHOU MOVA TOYS TRADE CO., LTD.; YANGZHOU NAUGHTY CAT TOY CO., LTD.; YANGZHOU PRIME IMP & EXP CO., LTD.; YANGZHOU RONG OU TOYS AND GIFTS CO., LTD.; YANGZHOU RONGYAN RONGYU TOY CO., LTD.; YANGZHOU VISA IMPORT & EXPORT CO., LTD.; YANGZHOU WEIHU HANDICRAFT CO., LTD.; YANGZHOU WOSEN TOYS CO., LTD.; YANGZHOU YADIS ARTWARE CO., LTD.; YANGZHOU YANDA INTERNATIONAL TRADE CO., LTD.; YANGZHOU YOUPU HOUSEHOLD PRODUCTS CO., LTD.; YANGZHOU YUANJIA CRAFTS CO., LTD.; YANGZHOU YURUI HOUSEHOLD PRODUCTS CO., LTD.; YANGZHOU ZHONGXI PLUSH TOYS GIFT CO., LTD.; YIWU ANBAI TRADING CO., LTD.; YIWU BIWEI TRADE CO., LTD.; YIWU CALLA GARMENTS CO., LTD.; YIWU CASSUE SPORT CO., LTD.; YIWU CHANGZHEN IMPORT AND EXPORT CO., LTD.; YIWU

CHENXI GLASSES CO., LTD.; YIWU CHENZUN GARMENT CO., LTD.; YIWU CHIC TRADING CO., LTD.; YIWU CHUMAN E-COMMERCE FIRM; YIWU DIANZHU IMPORT AND EXPORT CO., LTD.; YIWU FUYI TRADE CO., LTD.; YIWU GEILI ARTWARE CO., LTD.; YIWU HANGWEI TOYS FIRM; YIWU HUAYAO ELECTRONIC COMMERCE CO., LTD.; YIWU JIAHAO TRADING CO., LTD.; YIWU JIANYU E-COMMERCE FIRM; YIWU JINZE CLOTHING CO., LTD.; YIWU JUEXIN OUTDOOR GOODS CO., LTD.; YIWU KANGMAO TRADING CO., LTD.; YIWU KATE IMP & EXP CO., LTD.; YIWU LILONG ORNAMENTS CO., LTD.; YIWU MAKO CRAFTS & ART CO., LTD.; YIWU MAX APPAREL CO., LTD.; YIWU MOMMYHOME GARMENT CO., LTD.; YIWU MOYUN IMPORT AND EXPORT CO., LTD.; YIWU MUCHUANG CRAFTS CO., LTD.; YIWU QUANFA IMPORT & EXPORT COMPANY LIMITED; YIWU RICH TOYS CO., LTD.; YIWU SAIKU E-COMMERCE CO., LTD.; YIWU SANGTU IMPORT AND EXPORT CO., LTD.; YIWU SHENGKE E-COMMERCE FIRM; YIWU SHUANGWEI ELECTRONIC COMMERCE CO., LTD.; YIWU SUNBAG TRADE CO., LTD.; YIWU TONGLE TOY CO., LTD.; YIWU TRANSEN IMPORT & EXPORT CO., LTD.; YIWU WEIXIN HOUSEHOLD PRODUCTS CO., LTD.; YIWU WENZAN APPAREL CO., LTD.; YIWU XIANGXING WEIYE INDUSTRY AND TRADE CO., LTD.; YIWU XINGJO TRADING CO., LTD.; YIWU YINGTIAN CLOTHING CO., LTD.; YIWU YINWEI HOUSEHOLD PRODUCTS CO., LTD.; YIWU YODORI TECHNOLOGY CO., LTD.; YIWU YOUMAI IMPORT AND EXPORT CO., LTD.; YIWU YOUQU TRADING CO., LTD.; YIWU YUNBU IMPORT AND EXPORT CO., LTD.; YIWU ZHENGZHI QIN TRADING FIRM; ZAOZHUANG HAPPY BEAR CRAFTS CO., LTD.; ZHAOQING BAKESPI KITCHENWARE CO., LTD.; ZHEJIANG DANNI BABY PRODUCTS CO., LTD.; ZHEJIANG JOYE TECH CO., LTD.; ZHEJIANG POTENTIAL TOY CO., LTD.; ZHENJIANG SHINEWAY CO., LTD.; and ZHONGSHAN IPROMO

METAL PRODUCTS CO., LTD. (collectively, "Defendants"), their respective officers, employees, agents, servants, and attorneys, and all persons in active concert or participation with any of them (regardless of whether located in the U.S. or abroad), who receive actual notice of this Order (hereinafter collectively referred to as the "Restrained Persons"), are hereby restrained and enjoined from engaging in any of the following acts or omissions pending the hearing and determination of Tee Turtle's Application for Preliminary Injunction as referenced in Paragraph (II)(A) below, or until further order of this Court:

1) From manufacturing, producing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling any products that have a design that is substantially similar to Tee Turtle's Reversible Octopus Plushies as reflected in the copyrighted work registered under Registration Number VA 2-103-871;

2) From manufacturing, producing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling any products that are confusingly similar to Tee Turtle's trade dress embodied in the Reversible Octopus Plushies;

3) From secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with (i) Infringing Products; and/or (ii) any computer files, data, business records, documents, or any other records or evidence relating to the storefronts, Defendants' Assets, and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Infringing Products;

4) From effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, account, storefront, or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Infringing Products for the purpose of circumventing or otherwise avoiding the prohibitions set forth

in this Order; and

5) From knowingly instructing, aiding, or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs (1) through (4) above.

## II. Order to Show Cause Why a Preliminary Injunction Should Not Issue and Order of Notice

**A.** Defendants are hereby **ORDERED**, to show cause before this Court in Courtroom 8B of the United States District Court for the Central District of California at 350 West 1st Street, Los Angeles, California, **on June 29, 2021 at 10:00 a.m**. why a preliminary injunction, pursuant to FRCP 65(a), should not issue restraining and enjoining the Restrained Persons from engaging in any of the following acts or omissions pending the final hearing and determination of this action:

1) From manufacturing, producing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling any products that have a design that is substantially similar to Tee Turtle's Reversible Octopus Plushies as reflected in the copyrighted work registered under Registration Number VA 2-103-871;

2) From manufacturing, producing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling any products that are confusingly similar to Tee Turtle's trade dress embodied in the Reversible Octopus Plushies;

3) From secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with (i) Infringing Products; and/or (ii) any computer files, data, business records, documents, or any other records or evidence relating to the storefronts, Defendants' Assets, and the manufacture, importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Infringing Products;

4) From effecting assignments or transfers, forming new entities or associations,

or creating and/or utilizing any other platform, account, storefront, or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Infringing Products for the purpose of circumventing or otherwise avoiding the prohibitions set forth in this Order; and

5) From knowingly instructing, aiding, or abetting any other person or business entity in engaging in any of the activities referred to in subparagraphs (1) through (4) above.

**B. IT IS FURTHER ORDERED** that Defendants' opposing papers, if any, shall be filed electronically with the Court and served on Tee Turtle's counsel by delivering copies thereof to Dorsey &Whitney LLP ("Dorsey & Whitney") at 701 5th Ave, #6100, Seattle, WA 98104, Attn: Mike Keyes **no later than 12:00 p.m. on June 21, 2021**. Plaintiff shall file any reply papers **no later than 12:00 p.m. on June 24, 2021**. The hearing on the Order to Show is set for **June 29, 2021 at 10:00 a.m.**

**C. IT IS FURTHER ORDERED** that Defendants are hereby given notice that failure to show cause why a preliminary injunction should not issue may result in the imposition of a preliminary injunction against them pursuant to Fed. R. Civ. P. 65, which may take effect immediately upon the expiration of this Order, and may extend throughout the length of the litigation under the terms and conditions set forth in this Order.

**IT IS SO ORDERED.**

SIGNED this 17th day of June, 2021 at 4:30 p.m.

_____
Hon. Consuelo B. Marshall
UNITED STATES DISTRICT JUDGE