# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-4703-CBM-(Ex) | Date | June 23, 2021 |
|---|---|---|---|

| Title | *Tee Turtle, LLC. v. Anhui Leadershow Household Industrial Co., LTD. et al.* |
|---|---|

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER RE: ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

On June 17, 2021, the Court issued a Temporary Restraining Order ("TRO") and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("OSC"). (Dkt. No. 19.) The Court ordered Defendants to file an opposition re the OSC no later than June 21, 2021 at 12:00 p.m., and Plaintiff to file reply papers no later than 12:00 p.m. on June 24, 2021. (*Id.*)

No opposition has been filed by Defendants. Accordingly, no reply papers from Plaintiff are necessary.

**IT IS SO ORDERED.**