# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEE TURTLE, LLC<br><br>          Plaintiff,<br>v.<br><br>Anhui Leadershow Industrial Co., Ltd., *et al*.,<br><br>          Defendants. | Case No.:  2:21-CV-4703-CBM-(Ex)<br><br>**PERMANENT INJUNCTION** |

    Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Preliminary Injunction, the Court orders that each Defendant, his officers, agents, servants, and employees, and any persons in active concert or participation with him, are permanently restrained and enjoined from engaging in any of the following acts or omissions:

    (a)    From manufacturing, producing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling any products that have a design that is substantially similar to Tee Turtle's Reversible Octopus Plushies as reflected in the copyrighted work registered under Registration Number VA 2-103-871;

  (b) From manufacturing, producing, importing, exporting, advertising, marketing, promoting, distributing, displaying, offering for sale, selling any products that are confusingly similar to Tee Turtle's trade dress embodied in the Reversible Octopus Plushies;

  (c) From secreting, concealing, destroying, altering, selling off, transferring, or otherwise disposing of and/or dealing with products which infringe Tee Turtle's copyright of the Reversible Octopus Plushies (Registration Number VA 2-103-871) and Tee Turtle's trade dress embodied in the Reversible Octopus Plushies (hereinafter, "Infringing Products");

  (d) From effecting assignments or transfers, forming new entities or associations, or creating and/or utilizing any other platform, account, storefront, or any other means of importation, exportation, advertising, marketing, promotion, distribution, display, offering for sale, and/or sale of Infringing Products for the purpose of circumventing or otherwise avoiding the prohibitions set forth in any injunction ordered by the Court in this Action; and

  (e) Assisting, aiding, or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs (a) to (d) above.

**IT IS SO ORDERED.**

SIGNED this 18th day of March, 2022 at 2:03 p.m.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

2