UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEE TURTLE, LLC<br><br>　　　Plaintiff,<br>v.<br><br>Anhui Leadershow Industrial Co., Ltd., *et al*.,<br><br>　　　Defendants. | Case No.:　2:21-CV-4703-CBM-(Ex)<br><br>**JUDGMENT  [JS-6]** |

　　　Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment and Permanent Injunction, judgment is entered pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiff and against Defendants in the amount of:

　　1) $40,000.00 against each of the following defendants:  DONGGUAN XINSHENG TOYS CO.; LTD., GUANGZHOU ORCHARD AROMATHERAPY & SKINCARE CO., LTD.; JINHUA HAIRONG IMPORT AND EXPORT CO., LTD.; LONG WAY WOODEN TOYS & CRAFTS CO., LTD.; NINGBO CREATIVE IMPORT & EXPORT CO., LTD.; SHANGHAI ZHANHUA AMUSEMENT EQUIPMENT CO., LTD.; XIAMEN MINE TRADING CO., LTD.; YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD.; and YIWU

| | |
|---|---|
| 1 | JIANYU E-COMMERCE FIRM; and |
| 2 | 2) $25,000.00 against each of the following defendants:  ANHUI |
| 3 | LEADERSHOW HOUSEHOLD INDUSTRIAL CO., LTD.; ANHUI |
| 4 | RON.VE.XIN INTERNATIONAL TRADE CO., LTD.; ANHUI ZILIN |
| 5 | INFORMATION TECHNOLOGY CO., LTD.; ATAYA CO., LTD.; |
| 6 | BADOUYU INTELLIGENT IOT TECHNOLOGY (SUZHOU) CO., |
| 7 | LTD.; BAODING BAIGOU NEW TOWN BLUQI PLUSH TOY |
| 8 | FACTORY; BAODING BAIGOU XINCHENG LERONG XIAOWO |
| 9 | PLUSH TOY FACTORY; BAODING CHENXIA TRADING CO., |
| 10 | LTD.; BAODING JIA OU TRADING CO., LTD.; BAODING ZIZHE |
| 11 | TRADING CO., LTD.; CHANGSHA SVG ELECTRONIC CO., LTD.; |
| 12 | CHAOZHOU FEILISI HOUSEHOLD PRODUCTS CO., LTD.; |
| 13 | DONGGUAN CHCC TECH CO., LTD.; DONGGUAN CITY |
| 14 | QIANDING HARDWARE PRODUCTS CO., LTD.; DONGGUAN |
| 15 | FENGLIN INDUSTRY CO., LTD.; DONGGUAN HUA WANG |
| 16 | INDUSTRIAL CO., LTD.; DONGGUAN I AM FLYING INDUSTRY |
| 17 | CO., LTD.; DONGGUAN JOY SUM TOYS MANUFACTURING CO., |
| 18 | LTD.; DONGGUAN KINGDOM OF CRAFTS CO., LTD.; |
| 19 | DONGGUAN LEIYUE TRADING CO., LTD.; DONGGUAN LEXIN |
| 20 | TOYS CORPORATION LIMITED; DONGGUAN MAITREYA TOYS |
| 21 | GARMENT CO., LTD.; DONGGUAN MISAIL TOY CO., LTD.; |
| 22 | DONGGUAN QIDE QUWAN TRADE CO., LTD.; DONGGUAN |
| 23 | QUNYI TECHNOLOGY CO., LTD.; DONGGUAN SHENGDAO |
| 24 | SILICONE RUBBER PRODUCTS CO., LTD.; DONGGUAN |
| 25 | TONGMA LALA E-COMMERCE CO., LTD.; DONGGUAN U-MY |
| 26 | GARMENT CO., LTD.; DONGGUAN YOURUN TOYS LTD.; |
| 27 | DONGGUAN ZHISEN TOYS CO., LTD.; DONGGUAN ZUIJIA |
| 28 | TOYS & GIFTS CO., LTD.; DONGGUANG GOLDEN BEAR TOYS |

| | |
|---|---|
| 1 | CO., LTD.; DONGYANG CHENCHEN JEWELRY FACTORY; EASY |
| 2 | GO TOY CO., LTD.; FUJIAN HAPPY CORNER CULTURAL |
| 3 | DEVELOPMENT CO., LTD.; FUJIAN YIRABBIT OUTDOOR |
| 4 | DEPOT CO; FUZHOU DIPAIS TRADING CO., LTD.; GUANGDONG |
| 5 | HAYIDAI TOYS CO., LTD.; GUANGZHOU BEIYANG TRADING |
| 6 | CO., LTD.; GUANGZHOU CHUMU BIOLOGICAL TECHNOLOGY |
| 7 | CO., LTD.; GUANGZHOU LINK BRAND TEXTILE CO., LTD.; |
| 8 | GUANGZHOU LINKE INTERNATIONAL TRADE CO., LTD.; |
| 9 | GUANGZHOU LITTLE TALENT TOYS CO., LTD.; GUANGZHOU |
| 10 | XINLI NETWORK TECHNOLOGY CO., LTD.; HAINING HALONG |
| 11 | INDUSTRY CO., LTD.; HANGZHOU AGREAT IMPORT & |
| 12 | EXPORT CO., LTD.; HANGZHOU INITI IMP&EXP CO., LTD.; |
| 13 | HANGZHOU JOYWAY TRADING CO., LTD.; HEBEI HUDELI TOY |
| 14 | MANUFACTURING CO. LTD; HENAN DIRIVER TRADING CO., |
| 15 | LTD.; HENAN RAINCOMING IMPORT AND EXPORT TRADING |
| 16 | CO., LTD.; HENAN URCHOICE ELECTRONICS TECHNOLOGY |
| 17 | CO., LTD.; HENAN YINGHUOZHIGUANG CULTURE MEDIA CO., |
| 18 | LTD.; HUIZHOU BETOP OPTO TECHNOLOGY CO., LIMITED; |
| 19 | JENEEY INTERNATIONAL TRADE CO., LTD.; JIANGSU HAPPY |
| 20 | TEXTILE CO., LTD.; JIANGSU HOLLY EVERLASTING INC.; |
| 21 | JIANGSU KANGYU ARTS & CRAFTS CO., LTD.; JIATIANXIA |
| 22 | TECHNOLOGY (SHENZHEN) CO., LTD.; JILIN PROVINCE LEWEI |
| 23 | TRADE CO., LTD.; JINHUA DARREN TRADING CO., LTD.; |
| 24 | JINHUA SIPEIYI IMPORT & EXPORT CO., LTD.; JINHUA |
| 25 | ZHONGTENG STATIONERY & SPORTING CO., LTD.; JINJIANG |
| 26 | DEEK PLASTIC PRODUCTS CO., LIMITED; JINJIANG NAIKE |
| 27 | GIFTS CO., LTD.; LONGYAN BEIDIEN E-COMMERCE CO., LTD.; |
| 28 | LUJIANG YUNZE E-COMMERCE CO., LTD; MARKET UNION |

CO., LTD.; NANCHANG KEDA STATIONERY GIFTS INDUSTRIAL CO., LTD; NANJING DUOMIANTI IMP. & EXP. CO., LTD.; NANJING LEMON INTERNATIONAL TRADING CO., LTD.; NANJING UNICO INTERNATIONAL TRADE CO., LTD.; NANNING HUAHANG YIGOU E-COMMERCE CO., LTD.; NANTONG OPERA IMP. & EXP. CO., LTD.; NINGBO BEEJAY TRADING CO., LTD.; NINGBO BEILUN HAPPYFOAM CRAFT CO., LTD.; NINGBO FANWEI CRAFTS CO., LTD.; NINGBO PINBO PLASTIC MANUFACTORY CO., LTD.; NINGBO SHINEGIFTS IMPORT & EXPORT CO., LTD.; NINGBO UNION VISION IMP & EXP CO., LTD.; NINGBO YOUKI UNITE IMP& EXP CO., LTD.; PANAN LUOLAN ARTS & CRAFTS CO., LTD.; QINGDAO AODING INDUSTRY AND TRADE CO., LTD; QINGDAO BLUEHILL CO., LTD.; QINGDAO HONGWUYUE INDUSTRY AND TRADE CO., LTD.; QUANZHOU CHENGLUAN TRADING CO., LTD; RONGCHENG AIXUE TRADING CO., LTD.; RONGCHENG COUNTY YITIAN TRADING CO., LTD.; RONGCHENG KULOMI TRADING CO., LTD.; SHANDONG KIDS KEEN TOYS CO., LTD.; SHANDONG PEACH TOWN TOYS & GIFTS CO., LTD.; SHANGHAI KEDI TOYS CO., LTD.; SHANGHAI QIANJIU TRADING CO., LTD.; SHANGHAI WEIWO INTERNATIONAL TRADE CO., LTD.; SHANGHAI XIYUAN IMP. & EXP. CO., LTD.; SHANTOU CHENGHAI QILE TRADE CO., LTD.; SHANTOU CHENGHAI WEIFANG TOYS FACTORY; SHANTOU CHENGHAI XTH TOYS CO., LTD.; SHANTOU HONGTIAN ENVIRONMENTAL PROTECTION TECHNOLOGY CO., LTD.; SHANTOU HUANYING INTELLIGENT TECHNOLOGY CO., LTD.; SHANTOU MILI TECHNOLOGY CO., LTD.; SHENZHEN HEAVEN TECHNOLOGY

CO., LTD.; SHENZHEN HECHUN TECHNOLOGY CO., LTD.; SHENZHEN HUASHUNCHANG TOYS CO., LTD.; SHENZHEN JIAOYANG INDUSTRIAL CO., LTD.; SHENZHEN JIAQI TECHNOLOGY CO., LTD.; SHENZHEN JIRU DEVELOPMENT CO., LTD.; SHENZHEN JUZI TECHNOLOGY CO., LTD.; SHENZHEN LAPUTA TECHNOLOGY CO., LIMITED; SHENZHEN LEMAX TRADING CO., LTD.; SHENZHEN MIXIER TRADE CO., LTD.; SHENZHEN MUREN TECHNOLOGY CO., LTD.; SHENZHEN QUN SHANG TECHNOLODY CO., LTD.; SHENZHEN RICHGRAND ELECTRONIC CO., LTD.; SHENZHEN SHAOBO TECHNOLOGY CO., LTD.; SHENZHEN SHOUSHI TECHNOLOGY CO., LTD.; SHENZHEN SHUANGYING INTERNATIONAL TRADING CO., LTD.; SHENZHEN SUNNDA INDUSTRY LIMITED; SHENZHEN TOPHY TECHNOLOGY CO., LIMITED; SHENZHEN WEIFENGDA CRAFT GIFT CO., LTD.; SHENZHEN XI XI HA HA MAOYE TECHNOLOGY CO., LTD.; SHENZHEN XIANGXING WEIYE INDUSTRY AND TRADE CO., LTD.; SHENZHEN XINGANGDI TECHNOLOGY CO., LTD.; SHENZHEN XINYUETANG TOYS GIFT CO., LTD.; SHENZHEN X-WORLD TECHNOLOGY CO., LTD.; SHENZHEN YIYIXING ZIPPER MANUFACTURE CO., LTD.; SHENZHEN YUCAI TOYS INDUSTRIES CO., LTD.; SHENZHEN ZONE HUANYU INDUSTRIAL CO., LTD.; SHENZHEN ZS TONDA TECHNOLOGY CO., LTD.; SHIJIAZHUANG XINGYUE NETWORK TECHNOLOGY CO., LTD.; SICHUAN QIZHOUHUI NETWORK TECHNOLOGY CO., LTD.; SKYLARK NETWORK CO., LTD.; SOURCE WELL CO., LTD.; SUZHOU ANGEL CHILDREN ARTICLES TECHNOLOGY CO., LTD.; SUZHOU BLOSSOM GROUP; SUZHOU GIVEBEST

IMPORT & EXPORT CO., LTD.; SUZHOU SHENGBEI ELECTRONIC TECHNOLOGY CO., LTD.; TAIZHOU WOTONG INTERNATIONAL TRADING CO., LTD.; TIANCHANG CHENYANG TOYS CO., LTD.; TIMELY TEXTILE COMPANY LIMITED; TONGXIANG MAY FASHION CO., LTD.; VINAWOCO INTERNATIONAL COMPANY LIMITED; WEIHAI CHENGYU ELECTRONIC COMMERCE CO., LTD.; WEIHAI ZHUHONG TRADING CO., LTD.; WENZHOU SENLI TRADING CO., LTD.; XIAMEN BEILIXING TRADING CO., LTD.; XIAMEN GLORYSTAR IMPORT AND EXPORT CO., LTD.; XIAMEN KANGLAIDI IMPORT & EXPORT CO., LTD.; XIAMEN XIANGBINLI TRADE CO., LTD.; XUZHOU GAOPENG TOYS CO., LTD.; YANGZHOU BANGNING CRAFT CO., LTD.; YANGZHOU BEST ENERGY TECHNOLOGY CO., LTD.; YANGZHOU BLUBLU TOYS CO., LTD.; YANGZHOU BOBA TOYS & GIFTS CO., LTD.; YANGZHOU CREATIVE TOYS AND GIFTS CO., LTD.; YANGZHOU DULALA CRAFTS LTD.; YANGZHOU GUAN YUE HOUSEWARE CO., LTD.; YANGZHOU HOBBY IMPORT & EXPORT CO., LTD.; YANGZHOU HOME KA CRAFTS LTD.; YANGZHOU HUINI IMP. & EXP. CORP., LTD.; YANGZHOU JINMEI TEXTILE CO., LTD.; YANGZHOU LESHANG TOYS CO., LTD.; YANGZHOU LSD ELECTRONIC CO., LTD.; YANGZHOU MARISA TOY GIFTS CO., LTD.; YANGZHOU MEIXUAN TOYS AND GIFTS CO., LTD.; YANGZHOU MERRY PLUSH TOYS CO., LTD.; YANGZHOU MOVA TOYS TRADE CO., LTD.; YANGZHOU NAUGHTY CAT TOY CO., LTD.; YANGZHOU PRIME IMP & EXP CO., LTD.; YANGZHOU RONG OU TOYS AND GIFTS CO., LTD.; YANGZHOU RONGYAN RONGYU TOY CO., LTD.; YANGZHOU

| | |
|---|---|
| 1 | VISA IMPORT & EXPORT CO., LTD.; YANGZHOU WEIHU |
| 2 | HANDICRAFT CO., LTD.; YANGZHOU WOSEN TOYS CO., LTD.; |
| 3 | YANGZHOU YADIS ARTWARE CO., LTD.; YANGZHOU YANDA |
| 4 | INTERNATIONAL TRADE CO., LTD.; YANGZHOU YOUPU |
| 5 | HOUSEHOLD PRODUCTS CO., LTD.; YANGZHOU YUANJIA |
| 6 | CRAFTS CO., LTD.; YANGZHOU YURUI HOUSEHOLD |
| 7 | PRODUCTS CO., LTD.; YANGZHOU ZHONGXI PLUSH TOYS |
| 8 | GIFT CO., LTD.; YIWU ANBAI TRADING CO., LTD.; YIWU BIWEI |
| 9 | TRADE CO., LTD.; YIWU CALLA GARMENTS CO., LTD.; YIWU |
| 10 | CASSUE SPORT CO., LTD.; YIWU CHANGZHEN IMPORT AND |
| 11 | EXPORT CO., LTD.; YIWU CHENXI GLASSES CO., LTD.; YIWU |
| 12 | CHENZUN GARMENT CO., LTD.; YIWU CHIC TRADING CO., |
| 13 | LTD.; YIWU CHUMAN E-COMMERCE FIRM; YIWU DIANZHU |
| 14 | IMPORT AND EXPORT CO., LTD.; YIWU FUYI TRADE CO., LTD.; |
| 15 | YIWU GEILI ARTWARE CO., LTD.; YIWU HANGWEI TOYS |
| 16 | FIRM; YIWU HUAYAO ELECTRONIC COMMERCE CO., LTD.; |
| 17 | YIWU JIAHAO TRADING CO., LTD.; YIWU JINZE CLOTHING |
| 18 | CO., LTD.; YIWU JUEXIN OUTDOOR GOODS CO., LTD.; YIWU |
| 19 | KANGMAO TRADING CO., LTD.; YIWU KATE IMP & EXP CO., |
| 20 | LTD.; YIWU LILONG ORNAMENTS CO., LTD.; YIWU MAKO |
| 21 | CRAFTS & ART CO., LTD.; YIWU MAX APPAREL CO., LTD.; |
| 22 | YIWU MOMMYHOME GARMENT CO., LTD.; YIWU MOYUN |
| 23 | IMPORT AND EXPORT CO., LTD.; YIWU MUCHUANG CRAFTS |
| 24 | CO., LTD.; YIWU QUANFA IMPORT & EXPORT COMPANY |
| 25 | LIMITED; YIWU RICH TOYS CO., LTD.;  YIWU SAIKU E- |
| 26 | COMMERCE CO., LTD.; YIWU SANGTU IMPORT AND EXPORT |
| 27 | CO., LTD.; YIWU SHENGKE E-COMMERCE FIRM; YIWU |
| 28 | SHUANGWEI ELECTRONIC COMMERCE CO., LTD.; YIWU |

SUNBAG TRADE CO., LTD.; YIWU TONGLE TOY CO., LTD.; YIWU TRANSEN IMPORT & EXPORT CO., LTD.; YIWU WEIXIN HOUSEHOLD PRODUCTS CO., LTD.; YIWU WENZAN APPAREL CO., LTD.; YIWU XIANGXING WEIYE INDUSTRY AND TRADE CO., LTD.; YIWU XINGJO TRADING CO., LTD.; YIWU YINGTIAN CLOTHING CO., LTD.; YIWU YINWEI HOUSEHOLD PRODUCTS CO., LTD.; YIWU YODORI TECHNOLOGY CO., LTD.; YIWU YOUMAI IMPORT AND EXPORT CO., LTD.; YIWU YOUQU TRADING CO., LTD.; YIWU YUNBU IMPORT AND EXPORT CO., LTD.; YIWU ZHENGZHI QIN TRADING FIRM; ZAOZHUANG HAPPY BEAR CRAFTS CO., LTD.; ZHAOQING BAKESPI KITCHENWARE CO., LTD.; ZHEJIANG DANNI BABY PRODUCTS CO., LTD.; ZHEJIANG JOYE TECH CO., LTD.; ZHEJIANG POTENTIAL TOY CO., LTD.; ZHENJIANG SHINEWAY CO., LTD.; and ZHONGSHAN IPROMO METAL PRODUCTS CO., LTD.

Dated: March 18, 2022.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE